

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

401 9th St. NW, Suite 630
Washington, DC 20004
**o.** 202.232.5504   **f.** 202.232.5513

**David I. Ackerman**
Licensed in DC, NJ, NY
direct: 202.849.4962
dackerman@motleyrice.com

December 22, 2022

<u>**Via ECF and Email**</u>

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

Re:   **Government of the United States Virgin Islands v. JP Morgan Chase & Co.
       (1:22-mc-00365-JPC)**

Dear Judge Cronan:

The Government of the United States Virgin Islands ("Government") filed a Motion to File Civil Case Under Seal ("Motion") on December 20, 2022 in the above-referenced matter.  After the Court entered its Order on December 21, 2022 granting the Motion, the Government met and conferred with counsel for JP Morgan Chase & Co. ("JP Morgan").  JP Morgan's counsel requested, and the Government has agreed, to: (1) provisionally redact Paragraphs 42, 50, 57, and 62 in addition to the other redactions shown in the Government's proposed redacted complaint attached to the  Motion; and (2) substitute JP Morgan Chase & Co. with JPMorgan Chase Bank, N.A.  As such, the parties respectfully request that the Court enter the attached agreed Order, which would allow the Plaintiff to slightly modify its redacted and unredacted complaints as described.

If Your Honor would like the parties to proceed in a different manner, such as filing a new Motion for Leave to File Civil Case Under Seal, the parties are prepared to do so at the direction of the Court.

Sincerely,

/s/ *David I. Ackerman*
David I. Ackerman

cc:   Carol Thomas-Jacobs, Esq., carol.jacobs@doj.vi.gov (Counsel for the Government)
      Linda Singer, Esq., lsinger@motleyrice.com (Counsel for the Government)
      Boyd Johnson, Esq., Boyd.Johnson@wilmerhale.com (Counsel for JP Morgan)
      Felicia Ellsworth, Felicia.Ellsworth@wilmerhale.com (Counsel for JP Morgan)